IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                                                                    Criminal Action No. 3:14cr01

MICHAEL C. HOLDER,
                          Defendant.

## ORDER

This matter comes before the Court on a status update filed by the defendant, Michael C. Holder. (ECF No. 60.)  On April 9, 2026, the Court entered an Order continuing the defendant's hearing on revocation of supervised release because the allegations in the petition and addendum on supervised release relate to pending state charges in Hanover County, Virginia. (*See* ECF No. 59, at 1 n.1.)  The Court directed defense counsel to file a status report on the Hanover case by April 30, 2026, and counsel now advises that Holder has "not [yet] been produced" in Hanover "to address the pending charges." (*Id.* at 1 (alteration added).)  Holder's family, however, "has retained William Dinkin," Esq., to represent the defendant in Hanover. (*Id.*)  Counsel states he will "notify the Court when Mr. Holder is produced in Hanover . . . or there is otherwise a resolution of the pending matters." (*Id.*)

In light of the foregoing, the Court DIRECTS defense counsel to file with the Court a status report on the Hanover case by **Friday, May 22, 2026**.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: ___5___ May 2026
Richmond, VA

                                                                    _____/s/_____
                                                                    John A. Gibney, Jr.
                                                                    Senior United States District Judge