IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:14CR001-JAG |
| | ) | |
| MICHAEL C. HOLDER | ) | |

**APPEARANCE OF COUNSEL**

The United States of America, by counsel, hereby notifies the Court of the appearance of

Stephen W. Miller as counsel for the United States in the above-captioned case.

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

By: _____/S/_____
Stephen W. Miller
V.S.B. No. 23704
Assistant United States Attorney
Office of the United States Attorney
600 East Main Street, Suite 1800
Richmond, Virginia 23219
(804) 819-5487
(804) 771-2316 (facsimile)
Stephen.Miller@usdoj.gov